[No. 73864-0-I.   Division One.   March 13, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CELSO ORBE-ABARCA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-01081-2, Jeffrey M. Ramsdell, J., entered August 19, 2015. *Affirmed* by unpublished opinion per Mann, J., concurred in by Cox and Leach, JJ.

[No. 74019-9-I.   Division One.   March 13, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JERMAINE DAVID GREENE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-05913-9, Hollis R. Hill, J., entered September 18, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Dwyer and Mann, JJ.

[No. 74467-4-I.   Division One.   March 13, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON ELI MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 15-1-00505-6, Brian L. Stiles, J., entered December 4, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Trickey, A.C.J., and Leach, J.

[Nos. 74911-1-I; 74912-9-I;   Division One.   March 13, 2017.]
74913-7-I; 74914-5-I.

*In the Matter of the Dependency of* C.L.M. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. LATAE MARIA MITCHELL ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 14-7-02443-4, Helen Halpert, J., entered February 5, 2016. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Spearman, JJ.